IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02063-MSK-KLM

RICHARD GANNI,
ZIFF REED,
WHITNEY WHITROCK,
DEREK EASDON,
JAMIE GRAVESTOCK,
TODD BREGMAN,
BRIAN JOHNSON,
MATT MISEL,
LEA FLORES,
JON ALANIZ, and
DAVID CABAN,

    Plaintiffs,

v.

AT&T MOBILITY, LLC, and
AT&T CORP.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Leave to File Second Amended and Substituted Complaint** [Docket No. 6; Filed November 4, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to enter the Second Amended and Substituted Complaint located at Docket No. 6-1, effective as of the date of this Minute Order.

    Dated: November 7, 2011