# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: May 22, 2012 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 11-cv-02063-MSK-KLM

*Parties*:                                                                                  *Counsel Appearing:*

RICHARD GANNI;                                                               Joshua Sanford
ZIFF REED;
WHITNEY WHITROCK;
DEREK EASDON;
JAMIE GRAVESTOCK;
TODD BREGMAN;
BRIAN JOHNSON;
MATT MISEL;
LEA FLORES;
DAVID CABAN; and
JOHN ALINZ,

        Plaintiff,

v.

AT&T MOBILITY, LLC,                                                         Andrew Bagley

        Defendant.

## COURTROOM MINUTES

HEARING:   Law and Motion

**11:20 a.m.   Court in session.**

Counsel appear by telephone.

The Court addresses Motion for Order **(Doc. #20)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The parties withdraw the motion for restricted status as to the settlement.

**ORDER:** Motion for Order (Doc. #20) is **GRANTED.** The Settlement Agreement is approved. Doc. #21 and 22 will no longer be restricted. All claims are resolved. The Clerk of Court will close this action.

**11:27 a.m.** **Court in recess.**

**Total Time:** **7 minutes.**
**Hearing concluded.**